UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MEMORANDUM

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

United States of America,

                Government

Judge :  **Victoria Reznik, U.S.M.J**

-against-

Case Number:

Defendant(s)
----------------------------------------------------------------X

TO:     **Honorable Nelson S. Román, United States District Judge**

      On _____ a Rule11 allocution was taken on consent of both parties before me pursuant to your Standing Order.  Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.  If I can be of any further assistance in this matter I would be pleased to do so.

Dated:
White Plains, New York

                        Respectfully Submitted,

                        Victoria Reznik, USMJ