# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

April 8, 2025

**Deft's request to adjourn the April 25, 2025 Sentencing is GRANTED without objection by the Gov't. Sentencing is adjourned until May 13, 2025 at 2:30 pm. Defense's sentencing submission is due April 25, 2025. The Govt's sentencing submission is due May 2, 2025.
Dated: White Plains, NY
          April 8, 2025**

<u>VIA EMAIL & ECF</u>

Hon. Nelson Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

SO ORDERED:

/s/ Hon. Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Michael McCoy*
      25 Cr. 24 (NSR)

Dear Judge Román,

    I write to respectfully request an adjournment of the sentencing hearing in this case for two weeks, subject to the Court's availability. AUSA Knauer does not object to this request. As of the writing of this letter, no drafts of Mr. McCoy's Pre-Sentence Investigation Report have been disclosed, and the defense's sentencing submission is currently due this Friday, April 11. Defense counsel understands from the Probation Officer that the first draft should be disclosed in the coming days. Defense counsel would prefer to refer to the PSI in her sentencing submission. If the Court grants this this request, defense counsel requests that the parties' sentencing submissions' deadlines be adjusted accordingly (4/25 for the defense's submission, 5/2 for the Government's). Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/08/2025__